# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-50222
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 15, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

MIGUEL DURAN-ARIAS,

Defendant–Appellant.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:14-CR-2040-1

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Miguel Duran-Arias appeals the 37-month sentence imposed following his guilty plea conviction of illegal reentry. Duran-Arias argues that his attorney performed ineffectively at sentencing by failing to present the real reason Duran-Arias illegally reentered the United States and by failing to object at sentencing. Because the record is not sufficiently developed to allow for a fair consideration of these claims, we decline to consider them on direct

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-50222

appeal without prejudice to any right Duran-Arias has to raise them on collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied*, 135 S. Ct. 123 (2014).

AFFIRMED.